**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Gilberto VELA, a.k.a. Juan Gilberto Vela–Uribe, a.k.a. Gustavo De-LosReyes, Defendant–Appellant.**

**No. 09–15735
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 4, 2010.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Howard C. Anderson, Donna Lee Elm, Federal Public Defender, Tampa, FL, for Defendant–Appellant.

Before EDMONDSON, CARNES and MARTIN, Circuit Judges.

PER CURIAM:

Howard C. Anderson, appointed counsel for Juan Gilberto Vela, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Vela's convictions and sentences are **AFFIRMED.**